**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Arpad Nagy,

       Plaintiff,                          Civil No.07-2282 (RHK/FLN)

vs.                                      **DISQUALIFICATION AND**
                                            **ORDER FOR REASSIGNMENT**

Chi Tsang, Area Port Director,
U.S. Customs and Border Protection,
et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 14, 2007

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge